NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

AVENTIS PHARMA S.A. AND
SANOFI-AVENTIS U.S., LLC,
*Plaintiffs-Appellants,*

v.

HOSPIRA, INC.,
*Defendant-Appellee,*

AND

APOTEX INC. AND APOTEX CORP.,
*Defendants-Appellees.*

---

2011-1018

---

Appeals from the United States District Court for the District of Delaware in consolidated case nos. 07-CV-0721 and 08-CV-0496, Chief Judge Gregory M. Sleet.

---

ON MOTION

---

ORDER

The appellees move for a 7-day extension of time, until June 10, 2011, to file their response briefs. The appel-

lants move for a 30-day extension of time, until July 25, 2011, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__JUN 0 2 2011__                        /s/ Jan Horbaly
Date                                    Jan Horbaly
                                        Clerk

cc:  George F. Pappas, Esq.
     James F. Hurst, Esq.
     Richard T. Ruzich, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 2 2011

JAN HORBALY
CLERK